PETER MICHALSKY, PLAINTIFF-PETITIONER, v. GEORGE LUCAS, DEFENDANT-RESPONDENT.

*Mr. Peter Michalsky, in propria persona.*

January 15, 1962. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. PETER CAVANNA, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Brendan T. Byrne* and *Mr. Peter Murray* for the petitioner.

*Mr. Clive S. Cummis* for the respondents.

See same case below: 70 *N. J. Super.* 176.

January 15, 1962. Denied.